<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-7470**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JULIO CESAR PEREZ, a/k/a Jose Luis Villarreal,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (CR-96-305, CA-98-1494-3-17)

―――――――――

Submitted: February 11, 1999      Decided: February 24, 1999

―――――――――

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Lionel Aron Pena, Sr., Edinburg, Texas, for Appellant. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Julio Cesar Perez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Perez, Nos. CR-96-305; CA-98-1494-3-17 (D.S.C. Sept. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2